MARK E. BECK (STATE BAR NO. 65163)
mbeck@orrick.com
MARK MERMELSTEIN (STATE BAR NO. 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

ERIC A. SHUMSKY (CA STATE BAR NO. 206164)
eshumsky@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500


Attorneys for Defendant
China Petroleum & Chemical Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIANGANG SUN,<br><br>            Plaintiff,<br><br>      v.<br><br>CHINA PETROLEUM & CHEMICAL CORPORATION LIMITED, a joint stock limited company of the People's Republic of China; and DOES 1 to 10, inclusive,<br><br>            Defendant. | Case No. CV 13-05355-BRO (Ex)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; DECLARATION OF MARK E. BECK IN SUPPORT THEREOF** |

1   Counsel for Defendant China Petroleum & Chemical Corporation incorrectly

2   named as China Petroleum & Chemical Corporation Limited ("Defendant") and

3   Plaintiff Tiangang Sun ("Plaintiff"), having met and conferred, hereby stipulate,

4   pursuant to Local Rule 8-3, as follows:

5   WHEREAS, Plaintiff filed the above-captioned action on July 24, 2013;

6   WHEREAS, Plaintiff has filed proofs of service reflecting that non-party

7   Sinopec USA Co., Ltd. and Defendant purportedly were served with the Summons

8   and Complaint on August 6, 2013 and August 7, 2013, respectively.  Defendant

9   does not concede that Plaintiff correctly effectuated service of the Summons and

10   Complaint and does not waive its objections to service;

11   WHEREAS, the Court's docket reflects that the deadlines to respond to the

12   Complaint are August 27, 2013 and August 28, 2013;

13   WHEREAS, Defendant is an entity based in the People's Republic of China

14   and just recently has retained counsel to represent it in this matter;

15   WHEREAS, the Complaint alleges claims under the Alien Tort Claims Act,

16   Racketeer Influenced and Corrupt Organization Act, and various California state-

17   law torts for actions and events allegedly occurring over more than a ten year

18   period;

19   WHEREAS, Defendant requests additional time to respond to the Complaint

20   in order to allow its recently retained counsel to evaluate, among other issues, the

21   complex claims brought by Plaintiff, its defenses to the action and the basis for

22   jurisdiction over Defendant.  In addition, Defendant's counsel requires additional

23   time to translate and review Chinese documents and research applicable Chinese

24   law pertaining to the claims;

25   WHEREAS, Defendant, by filing this Stipulation, does not otherwise accede

26   to this Court's jurisdiction, and it specifically preserves its right to assert any right,

27   privilege, immunity, or defense related to the claims in this action, including but not

28   limited to foreign sovereign immunity, lack of personal jurisdiction, lack of

1     "minimum contacts," insufficient service of process, and without conceding that the

2     Complaint in this action sets forth claims upon which relief can be granted.

3           WHEREAS, the parties agree that the new deadline within which to respond

4     to the complaint in this matter shall be continued to October 28, 2013.

5           IT IS THEREFORE HEREBY STIPULATED by the parties and their

6     respective counsel, subject to the Court's approval, that:

7           The new deadline to respond to the complaint in this matter shall be

8     October 28, 2013.

9

10   Dated: August 21, 2013           Respectfully submitted,

11                               MARK E. BECK

12                               MARK MERMELSTEIN
                                   Orrick, Herrington & Sutcliffe LLP

13

14                             By: ___/s/_____

15                                  MARK E. BECK
                              Attorneys for Defendant

16                             China Petroleum & Chemical
                                Corporation

17

18

19   Dated: August 21, 2013           MICHAEL ZWEIBACK
                            STEPHEN G. LARSON

20                             MICHAEL M. KOWSARI
                            Arent Fox LLP

21

22                           By: *Michael Zweiback by Marc Mermelstein*

23                             MICHAEL ZWEIBACK *with permission.*

24                             Attorneys for Plaintiff
                              Tiangang Sun

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT; DEC OF M. BECK IN SUPPORT THEREOF
CV 13-05355-BRO (Ex)

## DECLARATION OF MARK BECK

I, Mark Beck, declare as follows:

1.     I am an attorney duly admitted to practice before this Court. I am a partner at Orrick, Herrington & Sutcliffe, LLP, attorneys of record for Defendant China Petroleum & Chemical Corporation ("SINOPEC"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.     On August 19, 2013, Orrick, Herrington & Sutcliffe was retained by SINOPEC to represent it in the matter of Tiangang Sun v. China Petroleum & Chemical Corporation, CV 13-05355-BRO (Ex) pending in the United States District Court, Central District of California.

3.     On August 16, 2013, in anticipation of my firm's retention in this matter, I contacted Michael Zweiback, counsel for Plaintiff Tiangang Sun and requested a sixty day extension of time to respond to the Complaint against SINOPEC. Mr. Zweiback agreed to the sixty day extension.

4.     The bases for the extension request and the subsequent stipulation are several. SINOPEC is an entity located in the People's Republic of China and the process of its securing counsel was more time-consuming than if it were based in the United States. Furthermore, Plaintiff's Complaint alleges claims under the Alien Tort Claims Act, Racketeer Influenced and Corrupt Organization Act, and various California state-law torts relating to events occurring over more than a ten year period. As a result of the complexity of the factual and legal issues raised by Plaintiff's Complaint, my firm and I will require additional time to evaluate, among other issues, the numerous claims brought by Plaintiff, Sinopec's defenses to the action and the basis for jurisdiction over Defendant. In addition, my firm and I require additional time to translate and review Chinese documents and research applicable Chinese law pertaining to the claims.

OHSUSA:754353847.1

5. There have not been any previous requests for extensions of time to respond to the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August, 2013, at Los Angeles, California.

Mark Beck by Mark Mermelstein

_____
MARK E. BECK

OHSUSA:754353847.1