1  MARK E. BECK (STATE BAR NO. 65163)
   mbeck@orrick.com
2  MARK MERMELSTEIN (STATE BAR NO. 208005)
   mmermelstein@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
4  Los Angeles, California  90017
   Telephone:  (213) 629-2020
5  Facsimile:   (213) 612-2499

6  ERIC A. SHUMSKY (CA STATE BAR NO. 206164)
   eshumsky@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1152 15th Street, N.W.
8  Washington, DC  20005
   Telephone:  (202) 339-8400
9  Facsimile:   (202) 339-8500

10
11 Attorneys for Defendant
   China Petroleum & Chemical Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIANGANG SUN, | Case No. CV 13-05355-BRO (Ex) |
| Plaintiff, | **STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS THE COMPLAINT AND ALLOWING PARTIES TO EXCEED PAGE LIMITATIONS** |
| v. | |
| CHINA PETROLEUM & CHEMICAL CORPORATION LIMITED, a joint stock limited company of the People's Republic of China; and DOES 1 to 10, inclusive, | |
| Defendant. | |

1 | Counsel for Defendant China Petroleum & Chemical Corporation,
2 | incorrectly named as China Petroleum & Chemical Corporation Limited
3 | ("Defendant") and Plaintiff Tiangang Sun ("Plaintiff"), having met and conferred,
4 | hereby stipulate as follows:

5 | WHEREAS, Plaintiff filed the above-captioned action on July 24, 2013;

6 | WHEREAS, Plaintiff has filed proofs of service reflecting that non-party Sinopec USA Co., Ltd. and Defendant purportedly were served with the Summons and Complaint on August 6, 2013 and August 7, 2013, respectively. Defendant does not concede that Plaintiff correctly effectuated service of the Summons and Complaint and does not waive its objections to service;

11 | WHEREAS, on August 21, 2013, Plaintiff and Defendant (collectively the "Parties") entered into and filed a Stipulation Extending Time to Respond to Complaint and agreed to continue Defendant's deadline to respond to the Complaint to October 28, 2013;

15 | WHEREAS, Defendant, by filing that Stipulation Extending Time to Respond to Complaint and subsequent stipulations, did not and does not otherwise accede to this Court's jurisdiction, and it specifically preserves its right to assert any right, privilege, immunity, or defense related to the claims in this action, including but not limited to foreign sovereign immunity, lack of personal jurisdiction and insufficient service of process, and without conceding that the Complaint in this action sets forth claims upon which relief can be granted;

22 | WHEREAS, on August 22, 2013, the Court issued its Order Granting the Stipulation Extending Time to Respond to Complaint and set October 28, 2013 as the deadline for Defendant to respond to the Complaint;

25 | WHEREAS, the 48-page, 249-paragraph Complaint alleges two Alien Tort Statute (28 U.S.C. § 1350) claims, two Racketeer Influenced and Corrupt Organization Act (18 U.S.C. §§ 1961, *et seq.*) claims, and five state-law tort claims. Defendant intends to file a Motion to Dismiss the Complaint and anticipates that it

1  will raise multiple arguments for dismissal of each of the claims.  Some of the
2  arguments will be directed to dismissal of some or all of the claims, but Defendant
3  anticipates other arguments will be specific to the individual claims.  Given the
4  numerous grounds upon which Defendant intends to move for dismissal, and the
5  complexity of the claims alleged, Defendant anticipates that in order to adequately
6  address each ground, it will need to exceed the 25-page limit set by this Court's
7  Standing Order Regarding Newly Assigned Cases, paragraph 5(c).  As such,
8  Defendant requests this Court's permission to file up to a 40-page memoranda of
9  points and authorities in support of its Motion to Dismiss.  Plaintiff has no
10 objection to Defendant's request;

11        WHEREAS, Plaintiff anticipates requiring an equal amount of pages for its
12 memoranda of points and authorities in opposition to Defendant's Motion to
13 Dismiss.  As such, Plaintiff requests this Court's permission to file up to a 40- page
14 memoranda of points and authorities in opposition to Defendant's Motion to
15 Dismiss.  Defendant has no objection to Plaintiff's request;

16        WHEREAS, Defendant's Reply in Support of its Motion to Dismiss will
17 likely exceed the 12-page limit set by this Court's Standing Order Regarding Newly
18 Assigned Cases, paragraph 5(c).  As such, Defendant requests this Court's
19 permission to file up to a 20-page reply in support of its Motion to Dismiss.
20 Plaintiff has no objection to Defendant's request;

21        WHEREAS, given the anticipated complexity of the issues to be raised in
22 Defendant's Motion to Dismiss, the Parties stipulate, and hereby request, that the
23 Court allow the following briefing and hearing schedule:

24        (1) Defendant's Motion to Dismiss must be filed and served by October 28,
25 2013 as previously ordered by this Court;

26        (2) Plaintiff's Opposition must be filed and served by January 6, 2014;

27        (3) Defendant's Reply in Support of its Motion must be filed and served by
28 February 6, 2014.

1  IT IS THEREFORE HEREBY STIPULATED by the Parties and their
2  respective counsel, subject to the Court's approval, that:
3  (1) Defendant shall be permitted to file up to a 40-page memoranda of points
4  and authorities in support of its Motion to Dismiss.  Plaintiff shall be permitted to
5  file up to a 40-page memoranda of points and authorities in opposition to
6  Defendant's Motion to Dismiss.  Defendant shall be permitted to file up to a 20-
7  page reply in support of its Motion to Dismiss.
8  (2) Defendant's Motion to Dismiss must be filed and served by October 28,
9  2013 (as previously ordered by this Court); Plaintiff's Opposition must be filed and
10 served by January 6, 2014; Defendant's Reply in Support of its Motion must be
11 filed and served by February 6, 2014.

Dated: October __1__, 2013

Respectfully submitted,

MARK E. BECK
MARK MERMELSTEIN
Orrick, Herrington & Sutcliffe LLP

By: _____
MARK E. BECK
Attorneys for Defendant
China Petroleum & Chemical
Corporation

Dated: October ____, 2013

MICHAEL ZWEIBACK
STEPHEN G. LARSON
MICHAEL M. KOWSARI
Arent Fox LLP

By: Michael Zweiback via email
MICHAEL ZWEIBACK  permission
Attorneys for Plaintiff
Tiangang Sun